Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
Alfredo Torrijos, SBN 222458
(at@haffnerlawyers.com)
Vahan Mikayelyan, SBN 337023
(vh@haffnerlawyers.com)
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California 91403
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorneys for Plaintiff Luis Hernandez
and all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HERNANDEZ, individually and as representative of a class of participants and beneficiaries and on behalf of the AT&T Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO.: 2:25-CV-00676-ODW-PVC<br><br>**NOTICE OF RELATED CASES** |

-1-

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

Plaintiff Luis Hernandez ("Plaintiff") hereby file this Notice of Related Cases pursuant to United States District Court, Central District of California, Local Rule 83-1.4.1, that this action is related to the action entitled *Julio C. Alas v. AT and T, Inc. et al.*, United States District Court, Central District of California, Case No. 2:17-cv-08106-SPG-RAO (the "*Alas* Action") and is pending before Judge Sherilyn Peace Garnett.

In *Alas* Action Plaintiffs are participants in the AT&T Retirement Savings Plan ("Plan" or "AT&T Plan") and bring the Employment Retirement Income Security Act ("ERISA") action for breach of ERISA's fiduciary duties and transactions prohibited by ERISA, specifically Defendants, as fiduciaries of the Plan, failed to fulfill their fiduciary duties to prudently and loyally ensure the Plan's total recordkeeping and other administrative expenses were reasonable and not excessive.

This current action arises out of Defendant AT&T Services, Inc.'s wrongful use of assets in their employees' 401k retirement plan. Here, Defendants used forfeited AT&T Plan assets to reduce employer contribution obligations, rather than for the benefit of plan participants, in violation of the ERISA and Defendant's fiduciary responsibilities.

To conclude, both actions involve the same Plan but different issues.

This action is related to the pending *Alas* Action because both actions arise out of the AT&T Plan. Plaintiffs in these actions will likely seek overlapping discovery as to Defendants' policies and practices regarding its Plan and the decision-making process. These actions involve similar questions of fact and law, including the proper standard of constitutional review, and their assignment of the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial

1 | effort. Furthermore, given the overlap between the two actions, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

DATED: February 7, 2025                              HAFFNER LAW PC

By: /s/ Vahan Mikayelyan
Joshua H. Haffner
Alfredo Torrijos
Vahan Mikayelyan

Attorneys for Plaintiffs and all Others similarly situated

— 3 —
**NOTICE OF RELATED CASES**