JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LUIS HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T SERVICES, INC. et al.,<br><br>　　　　Defendants. | Case № 2:25-cv-00676-ODW (PVCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

November 14, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**