Joshua H. Haffner, Bar No. 222458
jhh@haffnerlawyers.com
Alfredo Torrijos, Bar No. 222458
at@haffnerlawyers.com
Vahan Mikayelyan, Bar No. 337023
vh@haffnerlawyers.com
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
Tel: +1.213.514.5681
Fax: + 1.213.514.5682

*Attorneys for Plaintiff Luis Hernandez and All others similarly situated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS HERNANDEZ, individually and as representative of a class of participants and beneficiaries and on behalf of the AT&T Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-CV-00676-ODW-PVC<br><br>**DECLARATION OF VAHAN MIKAYELYAN IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

**DECLARATION OF VAHAN MIKAYELYAN**

I, Vahan Mikayelyan, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts in the States of California. I am an attorney with Haffner Law PC and am counsel for plaintiff Jose Luis Hernandez ("Plaintiff") in this action against defendant AT&T Services, Inc. ("Defendant" or "AT&T").

2. I submit this declaration in support of Plaintiff's Motion for Extension of Time to File Notice of Appeal. I am personally familiar with the matters stated herein, and if called upon to testify, I could and would testify accordingly.

3. On November 14, 2025, an order [Dkt. 41] and judgment [Dkt. 42] was entered in this matter, granting Defendant motion to dismiss Plaintiff's complaint without leave to amend. On that same day, I was attending an in-person Final Status Conference in another case in preparation for a trial scheduled to commence on November 21, 2025.

4. In the weeks leading up to November 21, 2025, my schedule was extremely demanding. I was responsible for multiple expert depositions in preparation for the November 21 trial.

5. Additionally, I had to travel to Sacramento for a full-day deposition in a separate case, which required significant time and preparation.

6. Due to this heavy workload and overlapping obligations, I inadvertently and negligently miscalendared the deadline for filing the notice of appeal in this current action. Under Rule 4 of the Federal Rules of Appellate Procedure, the deadline to file the notice of appeal was 30 days from the entry of judgment, which fell on December 15, 2025.

7. However, when calendaring the deadline, I mistakenly applied the state court rule that allows for an additional two court days for electronic service. This confusion arose because I frequently handle state court matters where such

extensions apply. As a result, I incorrectly set the deadline for December 17, 2025, two days beyond the actual federal deadline.

8. This error was not intentional but was the result of my mistake, negligence, and inadvertence during an exceptionally busy period when I was engaged in trial preparation and travel for deposition in an unrelated case. It was an inadvertent mistake and negligent calendaring error caused by my reliance on a state court practice that does not apply in federal court.

9. I deeply regret this mistake and respectfully request that the Court consider these circumstances in evaluating any relief sought in connection with the late filing of the Notice of Appeal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    December 19, 2025         HAFFNER LAW PC

By: */s/ Vahan Mikayelyan*
Joshua H. Haffner
Alfredo Torrijos
Vahan Mikayelyan

*Attorney for Plaintiff Jose Luiz Hernandez*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on December 19, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2025    */s/ Vahan Mikayelyan*
Vahan Mikayelyan