Name **Haffner Law PC**
Address **15260 Ventura Blvd., Suite 1520**
City, State, Zip **Sherman oaks, CA 91403**
Phone **213-514-5681**
Fax **213-514-5682**
E-Mail **at@haffnerlawyers.com; vh@haffnerlawyers.com**

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LUIS HERNANDEZ | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:25-cv-00676-ODW-PVC |
| v. | |
| AT&T SERVICES, INC. | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____**Plaintiff**_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   ECF No. 48 Denying Motion For Extension

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____**3/4/2026**_____. Entered on the docket in this action on **3/4/2026**_____.

A copy of said judgment or order is attached hereto.

**3/5/2026**_____                    **/s/ Vahan Mikayelyan**_____
Date                                  Signature
                                      ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note:  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                           NOTICE OF APPEAL

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | CENTRAL, CALIFORNIA |

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:25-cv-00676-ODW-PVC |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 01/27/2025 |

Date of judgment or order you are appealing: | 3/4/2026 |

Docket entry number of judgment or order you are appealing: | 48 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

LUIS HERNANDEZ

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Vahan Mikayelyan |   **Date** | 3/5/2026 |

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> LUIS HERNANDEZ

Name(s) of counsel (if any):

> Joshua H. Haffner (jhh@haffnerlawyers.com), Alfredo Torrijos, Vahan Mikayelyan

Address: 15260 Ventura Blvd., Suite 1520, Sherman oaks, CA

Telephone number(s): 213-514-5681

Email(s): at@haffnerlawyers.com; vh@haffnerlawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?     ◉ Yes     ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> AT&T SERVICES, INC.

Name(s) of counsel (if any):

> Catalina J. Vergara (cvergara@omm.com)

Address: 400 South Hope Street, Los Angeles, California 90071

Telephone number(s): 213-430-6000

Email(s): cvergara@omm.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     *1*                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
AT&T SERVICES, INC.

Name(s) of counsel (if any):
Meaghan Vergow (mvergow@omm.com); Deanna Rice (drice@omm.com)

Address: 1625 Eye Street, N.W. Washington, D.C. 20006
Telephone number(s): 202-383-5300
Email(s): mvergow@omm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:
AT&T SERVICES, INC.

Name(s) of counsel (if any):
William D. Pollak (wpollak@omm.com)

Address: 1301 Avenue of the Americas, Suite 1700 New York, New York 10019
Telephone number(s): 212-326-2000
Email(s): wpollak@omm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                       2                              New 12/01/2018

Joshua H. Haffner; Alfredo Torrijos; Vahan Mikayelyan, Haffner Law PC
15260 Ventura Blvd., Suite 1520, Sherman oaks, CA 91403, Tel.: 213-514-5681; Fax: 213-514-5682
at@haffnerlawyers.com; vh@haffnerlawyers.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LUIS HERNANDEZ

PLAINTIFF

v.

AT&T SERVICES, INC.

DEFENDANT.

DISTRICT COURT CASE NO: 2:25-cv-00676-ODW-PVC

APPEALS COURT CASE NO: _____

**TRANSCRIPT DESIGNATION FORM**

**INSTRUCTIONS:**

For additional information about designating transcripts on appeal, refer to the Federal Rules of Appellate Procedure, the local rules of the circuit in which the appeal is pending, and the instructions below. Please file a separate Transcript Designation Form ("TDF") in each district court case in which transcripts are being designated.

**1. Decide Which Transcripts to Designate.** The parties to the appeal must each decide which parts of the proceedings in this Court are necessary to the record on appeal, and ensure that a transcript is prepared for each such part, which must be listed in the chart below (attach additional pages if necessary). If you do not intend to designate any transcipts of the proceedings in this Court as part of the record on appeal, you must so indicate below.

**2. Determine Whether Those Transcripts Have Already Been Filed.** For each proceeding listed in the chart below, you must review the Court's docket to see if a transcript has already been prepared and filed. If it has, provide the docket number; if not, check the box to indicate that you have ordered it.

**3. Order Any Transcripts That Have Not Yet Been Filed.** Before filing this form, you must complete and submit a G-120 Transcript Order Form for any transcripts not already on the docket. IMPORTANT: Transcripts are not considered ordered until the G-120 form has been submitted and you have made payment arrangements with the court reporter or transcription company, or received authorization for the transcript to be paid for out of Criminal Justice Act ("CJA") funds.

| DATE | JUDGE (Initials) | PROCEEDING TYPE / PORTION | COURT REPORTER | TRANSCRIPT E-FILED? CM/ECF DOCKET NO.? |
|---|---|---|---|---|
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |
|  |  |  |  | ☐ Yes; Dkt # <br> ☐ No; I have ordered it. |

*Continued on additional page(s)?* ☐ Yes ☐ No

I hereby certify that *(check one of the following and sign below)*:

☒ I do not intend to designate any portion of the transcript.

☐ All transcripts listed above are already on file in the U.S. District Court case at the docket numbers provided.

☐ All transcripts listed above that are not already on file in the U.S. District Court have been ordered. I have submitted one or more G-120 Transcript Order Forms in accordance with that form's instructions, and have made all necessary payment arrangements. I will pay all charges for transcripts I have ordered, or, where applicable, take all necessary steps to secure payment under the CJA. (Indicate here if CJA funds to be used: ☐ .)

Date 3/5/2026     Signature /s/ Vahan Mikayelyan

G-126 (10/15)       TRANSCRIPT DESIGNATION FORM